UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

THE GLORIA LAW GROUP PC
241 Hudson Street
Hackensack, NJ 07601
(201) 342-0405
Attorneys for Debtor, Vincent Restaino
Laura S. Munzer (LM 1647)

In Re:

Vincent Restaino

                 Debtor.

Hon. Kathryn Ferguson
Chapter 7
Case No. 10-48722

Return Date:

## NOTICE OF MOTION TO ALLOW MEETING OF CREDITORS BY TELEPHONE

To:  All Parties in Interest

Sir/Madam:

     **PLEASE TAKE NOTICE** that on February 28, 2011, at 10:00 am or as soon as thereafter as counsel may be heard, the undersigned attorney for the Debtor(s) shall move before the Honorable Kathryn Ferguson of the United States Bankruptcy Court for the District of New Jersey, at Clarkson S. Fisher U.S. Courthouse, 402 East State Street Trenton, NJ 08608, for an Order allowing the Meeting of Creditors to be conducted by telephone.

     **PLEASE TAKE FURTHER NOTICE** that movant shall rely upon the annexed Certification of Counsel.

**PLEASE TAKE FURTHER NOTICE** that the movant waives Oral Argument. However, if the Court requires Oral Argument, a hearing will be held on February 28, 2011, at 10:00 am at the United States Bankruptcy Court, Trenton, New Jersey.

**PLEASE TAKE FURTHER NOTICE** that unless timely responsive papers are filed in accordance with the appropriate rules, the Court may decide that the relief sought in the motion are unopposed and may enter an order granting that relief.

                                            THE GLORIA LAW GROUP, PC
                                            Attorneys for Vincent Restaino

                                            By:    /s/Laura S. Munzer
                                                    Laura S. Munzer

Dated: January 27, 2011